UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

 Plaintiff,          Case No. 3:24-cr-42

vs.

MICHAEL MCHALE,       District Judge Michael J. Newman

 Defendant.

---

**ORDER REQUIRING THE PARTIES TO FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE AND A JOINT PROPOSED SCHEDULING ORDER**

---

This case is before the Court following the parties' failure to file (1) a Notice identifying the Speedy Trial Act deadline, and (2) a Joint Proposed Scheduling Order pursuant to the Court's previous Order to meet and confer.  Doc. No. 12.  Accordingly, the Court **REQUIRES** the parties to file a Notice and Joint Proposed Scheduling Order by **August 30, 2024**.

 **IT IS SO ORDERED.**

 August 28, 2024         s/Michael J. Newman
                    Hon. Michael J. Newman
                    United States District Judge