UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL MCHALE,

    Defendant.

Case No. 3:24-cr-42

District Judge Michael J. Newman

_____

**SCHEDULING ORDER**
_____

This criminal case is before the Court following Defendant's indictment on April 23, 2024 and initial appearance on July 17, 2024. The parties have filed a joint status report and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **September 25, 2024**.[1] Doc. No. 19. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **September 11, 2024** |
| Status report deadline: | **September 16, 2024** |
| Substantive motion filing deadline: | **September 18, 2024** |
| Final pre-trial conference: | **September 20, 2024 at 1:30 PM** |
| Jury trial: | **September 23, 2024** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

September 10, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.