UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL MCHALE,

    Defendant.

Case No. 3:24-cr-42

District Judge Michael J. Newman

---

**ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY NOVEMBER 1, 2024**

---

This case is before the Court following the parties' failure to file a joint status report by October 30, 2024 as required by the Court's most recent continuance order.  Doc. No. 22.  This is the third status report deadline the parties have missed in this case.  The need for a status report is urgent as this case is currently scheduled for trial on November 6, 2024.  *Id.*  Accordingly, the Court **REQUIRES** the parties to file a joint status report by **close of business on November 1, 2024** and include whether Defendant waives his rights under the Speedy Trial Act, whether the parties need additional time to finalize their plea negotiations or prepare for trial, and if so, how many additional days the parties will need.[1]

    **IT IS SO ORDERED.**

October 31, 2024                                                s/*Michael J. Newman*
                                                                                Hon. Michael J. Newman
                                                                                United States District Judge

---

[1] The Court expresses no opinion regarding whether or not Defendant should enter into a plea agreement. *See* Fed. R. Crim. P. 11(c)(1) ("The Court must not participate in [plea] discussions").