IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:24-CR-42 |
| Plaintiff, | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | |
| MICHAEL MCHALE, | : | |
| Defendant. | : | |

## AGREED ORDER

This matter comes before this Honorable Court upon the Government's request for restitution on behalf of the following minor victims (collectively "the Minor Victims") portrayed in the following series of images (collectively "the Known Series"):

- Victim "April" of the "Aprilblonde" series
- Victim "Pia" of the "SweetWhiteSugar" series
- Victim "Jan_Socks1" of the "Jan_Socks1" series

The images of the Minor Victims were unlawfully possessed by MICHAEL MCHALE, in violation of 18 United States Code, Section 2252 (a)(4)(B) and (b)(2).

The United States and the defendant, MICHAEL MCHALE, have reached a stipulated agreement pursuant to Title 18, United States Code, Section 2259 which requires the Court to impose restitution for any offense committed under Chapter 110, which applies to the conviction of possession of child pornography. There is no factual dispute between the parties that the defendant MICHAEL MCHALE possessed at least one image of child pornography depicting the Minor Victims in the Known Series.

The parties further agree and stipulate that the said victims seeking restitution in this case legally qualify as victims as defined in Section 2259, that is, an individual "harmed as a result of

a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

**IT IS THEREFORE AGREED** by and between the parties that defendant MICHAEL MCHALE is deemed liable for a portion of the total harm/losses suffered by the said Minor Victims in the Known Series. Accordingly, defendant MICHAEL MCHALE agrees to pay a total of $9,000 as restitution to said victims identified above in the Known Series, in the following specified amounts:

|    | **Victim** | **Series** | **Amount** | **Addressed to/ Care of** | **Mailing Address** |
|----|------------|------------|------------|---------------------------|---------------------|
| 1. | April | Aprilblonde | $3,000 | Restore the Child in Trust for April | 2522 N. Proctor St., Ste. 85, Tacoma, Washington 98406 |
| 2. | Pia | SweetWhiteSugar | $3,000 | Deborah A. Bianco, in trust for Pia | Deborah A. Bianco, PO Box 6503 Bellevue, WA 98008. |
| 3. | Jan_Socks1 | Jan_Socks1 | $3,000 | Kendra M. Oyen, LLC COLTAF for Jan_Socks1 | Kendra M. Oyen, LLC PO Box 41 Pueblo, CO 81002 |

Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall thereafter be distributed to the respective victims through their counsel and/or representative.

The specific payment details will be set forth by the Court in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_____ 2/26/2025
JUDGE MICHAEL J. NEWMAN
UNITED STATES DISTRICT COURT

2

REVIEWED AND AGREED TO BY:

KENNETH L. PARKER
UNITED STATES ATTORNEY


 /s/ Christina E. Mahy
CHRISTINA MAHY (0092671)
Assistant United States Attorney


*[signature]*
MICHAEL MCHALE
Defendant

*[signature]*
THOMAS W. ANDERSN, ESQ.
Counsel for Defendant MICHAEL MCHALE